UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENROY WALKER, JUDITH: OF THE FAMILY MCLAREN, <br><br>                                 Petitioner, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br>                                 Respondent. | 25cv3332 (LTS) <br><br> CIVIL JUDGMENT |

     For the reasons stated in the May 28, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  June 2, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                Chief United States District Judge